JS 45 (01/2008)                                      **REDACTED**

# Criminal Case Cover Sheet                                      U.S. District Court

**Place of Offense:**                     Under Seal: Yes ___ No x___     Judge Assigned: _GBL_

City _____ Alexandria _____ Superseding Indictment _____    Criminal Number: _1:11CR95_

County/Parish _Alexandria County_    Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

## Defendant Information:

Juvenile -- Yes ___ No x___ FBI # _____

Defendant Name: Marco Parenti Adami _____ Alias Name(s)" _____

Address: Switzerland _____

Employment: Credit Suisse AG _____

Birth date ▮▮▮/1965 SS# _____ Sex M Def Race _____ Nationality Italian _____ Place of Birth Italy

Height _____ Weight ___ Hair _____ Eyes_____ Scars/Tattoos _____

Interpreter: __No x___ Yes List language and/or dialect: _____ Automobile Description _____

## Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody

x__ Arrest Warrant Requested     ___ Fugitive     ___ Summons Requested

___ Arrest Warrant Pending     ___ Detention Sought     ___ Bond _____

## Defense Counsel Information:

Name: _____ ___ Court Appointed     Counsel conflicted out: _____

Address: _____ ___ Retained     _____

Telephone: _____ ___ Public Defender     Federal Public Defender's Office conflicted out: __No__

## U.S. Attorney Information:

SAUSA _Mark Lytle_ _____ Telephone No: _703-299-3700_ ____ Bar # _____

## Complainant Agency, Address & Phone Number or Person & Title:

James Greczek – IRS Criminal Investigation – 1200 First Street NE, Suite 4200, Washington D.C., 20002 – 202 874-1328

## U.S.C. Citations:

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|--------------------------------|----------|---------------------------|
| Set 1 | 18 USC 371   | Conspiracy to Defraud the United States | 1 | Felony |
| Set 2 |              |                                |          |                           |
| Set 3 |              |                                |          |                           |

(May be continued on reverse)

Date: _2/26/11_ _____ Signature of SAUSA: _____

JS 45 (01/2008)

**REDACTED**

## Criminal Case Cover Sheet                                                                    U.S. District Court

| Place of Offense: | | Under Seal:Yes ___ No x ___ | Judge Assigned: | GBL |
|---|---|---|---|---|
| City | Alexandria | Superseding Indictment ___ | Criminal Number: | 11CR 95 |
| County/Parish | Alexandria County | Same Defendant ___ | New Defendant ___ | |
| | | Magistrate Judge Case Number ___ | Arraignment Date: ___ | |
| | | Search Warrant Case Number ___ | | |
| | | R 20/R 40 from District of ___ | | |
| | | Related Case Name and No: ___ | | |

### Defendant Information:

Juvenile --Yes ___ No x ___ FBI # ___

Defendant Name: Emanuel Agustoni ___   Alias Name(s)" ___

Address:  Switzerland ___

Employment: ___

Birth date ███/1960 SS# ___ Sex M Def Race ___ Nationality Swiss ___ Place of Birth Switzerland ___

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___

  Interpreter:___ No x ___ Yes List language and/or dialect: ___ Automobile Description ___

### Location Status:

Arrest Date ___

___Already in Federal Custody as of ___ in ___

___Already in State Custody   ___On Pretrial Release   ___Not in Custody

x _Arrest Warrant Requested   ___Fugitive   ___Summons Requested

___Arrest Warrant Pending   ___Detention Sought   ___Bond ___

### Defense Counsel Information:

Name: ___ ___Court Appointed   Counsel conflicted out: ___

Address: ___ ___Retained   ___

Telephone: ___ ___Public Defender   Federal Public Defender's Office conflicted out:  No

### U.S. Attorney Information:

SAUSA Mark Lytle ___ Telephone No:  703-299-3700 ___   Bar # ___

### Complaint Agency, Address & Phone Number  or Person & Title:

James Greczek – IRS Criminal Investigation – 1200 First Street NE, Suite 4200, Washington D.C., 20002 – 202 874-1328

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Defraud the United States | 1 | Felony |
| Set 2 | ___ | ___ | ___ | ___ |
| Set 3 | ___ | ___ | ___ | ___ |

(May be continued on reverse)

Date:  2/23/11    Signature of SAUSA: ___

JS 45 (01/2008)                                    REDACTED

## Criminal Case Cover Sheet                                    U.S. District Court

| Place of Offense: | Under Seal:Yes ___ No x ___ | Judge Assigned: | G B C |
|---|---|---|---|

City _____ Alexandria ___ Superseding Indictment _____   Criminal Number: _1·11CR95_

County/Parish ___Alexandria County___   Same Defendant _____   New Defendant _____

Magistrate Judge Case Number _____   Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

### Defendant Information:

Juvenile --Yes ___ No x ___ FBI # _____

Defendant Name: Michele Bergantino _____   Alias Name(s)" _____

Address: Switzerland _____

Employment: _____

Birth date ▮▮▮/1967 SS# _____ Sex M Def Race _____ Nationality Swiss _____ Place of Birth Switzerland _____

Height _____ Weight ___ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: __ No x __ Yes List language and/or dialect: _____ Automobile Description _____

### Location Status:

Arrest Date _____

__ Already in Federal Custody as of _____ in _____

__ Already in State Custody     __ On Pretrial Release     ___ Not in Custody

x  Arrest Warrant Requested     __ Fugitive                ___ Summons Requested

__ Arrest Warrant Pending       __ Detention Sought        ___ Bond _____

### Defense Counsel Information:

Name: _____ ___ Court Appointed     Counsel conflicted out: _____

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender     Federal Public Defender's Office conflicted out: __No__

### U.S. Attorney Information:

SAUSA Mark Lytle _____ Telephone No: 703-299-3700 _____   Bar # _____

### Complainant Agency, Address & Phone Number  or Person & Title:

James Greczek – IRS Criminal Investigation – 1200 First Street NE, Suite 4200, Washington D.C., 20002 – 202 874-1328

### U.S.C. Citations:

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Defraud the United States | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 2/23/11 _____ Signature of SAUSA: _____

JS 45 (01/2008)

**REDACTED**

## Criminal Case Cover Sheet U.S. District Court

| Place of Offense: | | Under Seal: Yes ___ No x___ | Judge Assigned: _GBL_ |
|---|---|---|---|
| City | Alexandria | Superseding Indictment _____ | Criminal Number: _1:11 CR 95_ |
| County/Parish | Alexandria County | Same Defendant _____ | New Defendant _____ |
| | | Magistrate Judge Case Number _____ | Arraignment Date: _____ |
| | | Search Warrant Case Number _____ | |
| | | R 20/R 40 from District of _____ | |
| | | Related Case Name and No: _____ | |

### Defendant Information:

Juvenile -- Yes ___ No  x ___ FBI # _____

Defendant Name: Roger Schaerer _____  Alias Name(s)" _____

Address:  Switzerland _____

Employment: _____

Birth date ____/1952 SS# _____ Sex M Def Race _____ Nationality Swiss _____ Place of Birth  Switzerland

Height _____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos _____

Interpreter: __ No  x ___ Yes List language and/or dialect: _____ Automobile Description _____

### Location Status:

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody ___On Pretrial Release ___Not in Custody

x  Arrest Warrant Requested ___Fugitive ___Summons Requested

___Arrest Warrant Pending ___Detention Sought ___Bond _____

### Defense Counsel Information:

Name: _____  ___Court Appointed  Counsel conflicted out: _____

Address: _____  ___Retained _____

Telephone: _____  ___Public Defender  Federal Public Defender's Office conflicted out:  No

### U.S. Attorney Information:

SAUSA Mark Lytle _____ Telephone No:  703-299-3700  Bar # _____

### Complainant Agency, Address & Phone Number  or Person & Title:

James Greczek – IRS Criminal Investigation – 1200 First Street NE, Suite 4200, Washington D.C., 20002 – 202 874-1328

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Defraud the United States | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _2/23/11_  Signature of SAUSA: _____